**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00283-LTB

BILLY LEE LONGORIA,

     Applicant,

v.

JAMES FALK, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

     Respondents.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

     This matter is before the Court on the motion titled "Motion for Service of Court Order" (ECF No. 16) that Applicant submitted *pro se* on October 7, 2013.  The motion is GRANTED.  Applicant inadvertently was omitted from the certificate of mailing for the mailing of the Order of Dismissal entered on June 28, 2013 (ECF No. 12), and the Judgment (ECF No. 13) entered on the same day.  The clerk of the Court is directed to mail copies of these orders to Applicant together with a copy of this minute order.

Dated:  October 8, 2013

---