IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00283-LTB

BILLY LEE LONGORIA,

    Applicant,

v.

JAMES FALK, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER REINSTATING CASE

    Pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit filed on July 11, 2014 (ECF No. 31), this civil action will be reinstated. Accordingly, it is

    ORDERED that this civil action is reinstated pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit filed on July 11, 2014. It is

    FURTHER ORDERED that the case shall be reassigned to the *pro se* docket.

    DATED at Denver, Colorado, this 25th day of July, 2014.

                                BY THE COURT:

                                s/Lewis T. Babcock
                                LEWIS T. BABCOCK, Senior Judge
                                United States District Court