**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-00283-WJM

BILLY LEE LONGORIA,

    Applicant,

v.

JAMES FALK, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order on Application for a Writ of Habeas Corpus entered on 10/17/2014 it is

ORDERED that the Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 [1] filed 2/1/2013, is denied.  It is

FURTHER ORDERED that this action is dismissed with prejudice, and each party shall bear its own costs.

  Dated at Denver, Colorado this 21st  day of October, 2014.

                               FOR THE COURT:
                               JEFFREY P. COLWELL, CLERK

                         By: s/   A. García Gallegos
                               A. García Gallegos
                               Deputy Clerk